**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date: June 29, 2026

| | | |
|---|---|---|
| FATKHIDDIN MIRZONAZAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-707-PRW |
| | ) | |
| FIELD OFFICE DIRECTOR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

Before the Court is Petitioner's Notice of Voluntary Dismissal/Motion to Withdraw Petition (Dkt. 5) filed on April 16, 2026. Because the Notice (Dkt. 5) was filed before the Respondents' Response in Opposition (Dkt. 8), this matter is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

Joan Kane, Clerk

By: s/*Emily Wilkinson*
Deputy Clerk