**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

FATKHIDDIN MIRZONAZAR, )
)
Petitioner, )
)
v. )
) Case No. CIV-26-707-PRW
FIELD OFFICE DIRECTOR, TULSA, )
ICE, *et al.*, )
)
Respondents. )

**ORDER**

Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1) on April 3, 2026. On April 16, Petitioner filed a Notice of Voluntary Dismissal (Dkt. 5). Respondents filed a Response (Dkt. 8) on May 4, 2026.

The Court dismissed this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on June 29, 2026. Petitioner filed a Reply (Dkt. 10) on August 24, 2026, but such reply is moot following the Court's Order (Dkt. 9) granting Petitioner's request that the Court dismiss his Petition (Dkt. 1). The Court **STRIKES** the Reply (Dkt. 10) as moot.

**IT IS SO ORDERED** this 25th day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE